FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2007 AUG 28 PM 2:21

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) 29 U.S.C. SEC. 501(c) |
| | ) |
| GARY E. SHARP | ) |

## INFORMATION

The United States Attorney Charges:

### INTRODUCTION

1. At all times material, the International Brotherhood of Electrical Workers (IBEW) AFL-CIO, Local Union 2344, was a labor union engaged in an industry affecting commerce, headquartered in Lafayette, Indiana.

2. At all times material, GARY E. SHARP was the part-time president/business manager of Local 2344.

3. At all times material it was the policy of Local 2344 that all disbursements of Union funds must be made for authorized expenditures on the behalf of the local union and supported by receipts, vouchers, or other reasonable proofs of claim.

### EMBEZZLEMENT OF UNION FUNDS

4. On or about January 28, 2004, in the Northern District of Indiana, defendant GARY E. SHARP, while president/business manager of IBEW, AFL-CIO, Local Union 2344, a labor union organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and

willfully convert to his own use money and funds of Local Union 2344, specifically $630.00 in violation of Title 29, United States Code, Section 501(c).

David Capp
Acting United States Attorney

By: S/Diane L. Berkowitz
Diane L. Berkowitz
Assistant U.S. Attorney